UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CLAY LANDIS RIGGS #330713,<br>Plaintiff | CIVIL DOCKET NO. 1:22-CV-06072<br>SEC P |
| VERSUS | JUDGE DRELL |
| TONY EDWARDS,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 13) and after a de novo review of the record including the Objection filed by Petitioner (ECF No. 14), and having determined that the findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that Plaintiff's Complaint (ECF No. 6) is DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(b) and § 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 10th day of May, 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT